**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
United States Attorney

970 Broad Street, Suite 700
Newark, NJ 07102
jena.tiernan2@usdoj.gov

main: (973) 297-2024
direct: (973) 297-2044

*Jena L. Tiernan*
*Assistant United States Attorney*

October 1, 2026

**BY ECF**
Honorable Madeline Cox Arleo, U.S.D.J.
United States District Court
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: *Fang v. Soto, et al.*, No. 26-cv-12692 (MCA)**
**Petitioner's Bond Hearing**

Dear Judge Arleo:

This Office represents Respondents in this habeas matter. On September 19, 2026, ICE issued a Form I-286, Notice of Custody Determination, detaining Petitioner pending removal proceedings. Ex. A. We respectfully write, pursuant to the Court's September 25, 2026 Order, ECF No. 2, to confirm that Petitioner received a bond hearing on September 29, 2026. At that hearing, an Immigration Judge ("IJ") denied Petitioner's request for release on bond, finding that Petitioner is a flight risk. On September 30, 2026, Petitioner's Counsel informed this Office that Petitioner intends to challenge the fundamental fairness of the bond hearing.

According to the Court's Order, Respondents' answer addressing the constitutional sufficiency of the bond hearing, along with a copy of the transcript of the hearing, is due tomorrow, October 2, 2026, absent an extension. *See* ECF No. 2. As discussed above, this Office first learned that Petitioner sought to challenge the constitutional sufficiency of the bond hearing yesterday. Upon learning that, we requested a copy of the bond hearing transcript. We are also seeking to obtain a copy of the immigration judge's bond order. However, we have not obtained either the transcript or bond order, and respectfully request additional time, until October 6, 2026, to file the bond hearing transcript along with a response addressing whether the bond hearing complied with due process. Petitioner's counsel consents to this request.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Jena L. Tiernan*
Jena L. Tiernan
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of Record (by ECF)

SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 10/2/26

DEPARTMENT OF HOMELAND SECURITY

# NOTICE OF CUSTODY DETERMINATION

Alien's Name: FANG, HANG

A-File Number: [redacted]

Date: 09/19/2026

Event ID: NYC2609003236

Subject ID: [redacted]

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that, pending a final administrative determination in your case, you will be:

[X] Detained by the Department of Homeland Security.

[ ] Released (check all that apply):

- [ ] Under bond in the amount of $ ____________
- [ ] On your own recognizance.
- [ ] Under other conditions. [Additional document(s) will be provided.]

MERCADO, N 4322

Name and Signature of Authorized Officer

09/19/2026 5:30 PM

Date and Time of Custody Determination

SDDO

Title

DOCKET CONTROL OFFICE NEW YORK
26 FEDERAL PLAZA
~~NEW YORK, NY US~~

Office Location/Address

You may request a review of this custody determination by an immigration judge.

[X] I acknowledge receipt of this notification, and

- [X] I **do** request an immigration judge review of this custody determination.
- [ ] I **do not** request an immigration judge review of this custody determination.

Refused

Signature of Alien

09/19/2026

Date

The contents of this notice were read to FANG, HANG (Name of Alien) in the MANDARIN (Name of Language) language.

VELEZ, M11125

Name and Signature of Officer

Name or Number of Interpreter (if applicable)

Deportation Officer

Title